IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GLENN MARY COLBY,<br>TERRY B. STONE,<br>ROBERT K. CARR,<br>PAUL E. FENTON,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-1620C<br><br>(Judge Allegra) |

JOINT PRELIMINARY STATUS REPORT

Pursuant to Appendix A of the Rules of the United States Court of Federal Claims ("RCFC"), plaintiffs and defendant respectfully submit the following joint preliminary status report:

a. Jurisdiction

Plaintiffs state that this Court has jurisdiction to consider and decide this action pursuant to 28 U.S.C. § 1346(a)(2), 28 U.S.C. § 1491, and 29 U.S.C. § 216(b). Defendant is not aware of a basis upon which to challenge the Court's jurisdiction at this time.

b. Consolidation

The parties agree that this case should not be consolidated with any other case.

c. Bifurcation

The parties agree that trial of liability and damages should not be bifurcated.

d. Deferral

The parties agree that further proceedings in this case should not be deferred pending consideration of another case before this Court or any other tribunal.

e. Remand/Suspension

The parties agree that no remand or suspension will be sought.

f. Joinder

Plaintiffs' counsel will continue to move for leave to file amended complaints to add plaintiffs as similarly situated plaintiffs come forward and request to participate in this litigation. Defendant may oppose such motions upon the basis that proposed plaintiffs are not similarly situated, or upon any other applicable basis. No plaintiffs will be added to this action after September 15, 2005 which is 61 days prior to the close of fact discovery.The parties agree that no additional parties will be joined.

g. Dispositive Motions

One or both parties may move for summary judgment pursuant to RCFC 56.

h. Relevant Issues

1. Whether the defendant can meet its burden of proof to establish that it reasonably and in good faith classified plaintiffs as exempt from overtime provisions of the Fair

Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq., such that the Court may exercise discretion pursuant to 29 U.S.C. § 260 to award no liquidated damages, or an amount less than provided in § 216(b).

2. Whether plaintiffs can meet their burden of proving a willful violation of the FLSA to establish that a three-year, rather than a two-year statute of limitations applies to each plaintiff's claims pursuant to 29 U.S.C. § 255(a).

3. The amount of backpay and liquidated damages, if any, to which each plaintiff is entitled.

4. If plaintiffs are the prevailing parties, the amount of reasonable attorney fees and other costs to which they are entitled pursuant to 29 U.S.C. § 216(b).

i. Settlement

The parties anticipate continuing to pursue settlement negotiations prior to and during the discovery period.

j. Trial

As stated above, one or both parties may move for summary judgment pursuant to RCFC 56. If dispositive motions are not submitted, or if they are not completely dispositive of this action, the parties anticipate proceeding to trial. The parties do not request expedited trial scheduling. At this time, the

parties anticipate that trial would take place in Washington, D.C.

k. Electronic Case Management

The parties have no special issues regarding electronic case management needs.

l. Additional Information

There is no additional information of which the Court should be aware at this time.

m. Proposed Discovery Plan

The parties intend to conduct simultaneous discovery through interrogatories, requests for admission, requests for production of documents, and depositions. The parties propose the following discovery schedule:

| | |
|---|---|
| Exchange of Initial Disclosures: | June 15, 2005 |
| Close of Fact Discovery: | November 15, 2005 |
| Disclosure of Expert Witnesses: | December 15, 2005 |

Respectfully submitted,

s/ Molly A. Elkin
MOLLY A. ELKIN
WOODLEY & MCGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
Tel: (202) 833-8855
Fax: (202) 452-1090

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Jeffrey S. Pease
JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 307-1011
Fax: (202) 514-8624

Attorneys for Defendant

April 11, 2005

CERTIFICATE OF FILING

I hereby certify that on this 11th day of April 2005, a copy of the foregoing "JOINT PRELIMINARY STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Jeffrey S. Pease