# In The United States Court of Federal Claims

No. 04-1620 C

(Filed: April 26, 2005)

---

GLENN MARY COLBY,
TERRY B. STONE,
ROBERT K. CARR,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

A preliminary status conference will held in this case on Monday, May 16, 2005, at 2:00 p.m. (EDT) in the United States Court of Federal Claims, National Courts Building, 717 Madison Place NW, Washington, DC 20005. The courtroom location will be posted in the lobby of the courthouse on the day of the conference.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge