IN THE UNITED STATES COURT OF FEDERAL CLAIMS

GLENN M. COLBY, et al.

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

CASE No. 04-1620 C
Judge Francis M. Allegra

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**

In accordance with Rule 15(a) of the Rules of the United States Court of Federal Claims, plaintiffs respectfully submit this unopposed motion to file their Third Complaint. The reasons supporting plaintiffs' motion are set forth below:

1. Plaintiffs brought this action as a collective action in accordance with 29 U.S.C. § 216(b) of the Fair Labor Standards Act ("FLSA") on behalf of themselves and all others similarly situated against the defendant because of defendant's unlawful deprivation of plaintiffs' rights to overtime compensation.

2. Plaintiffs seek to amend their complaint to add five plaintiffs. They are Andrew J. Fenlon, Brendan J. Hess, Cathy New, Anthony D. Vitale, and Jacque R. Weido. They are similarly situated to the original plaintiffs in that they are employees of the defendant United States Government employed by the Bureau of Prisons in positions that were reclassified as FLSA non-exempt. Similar to the other plaintiffs, these individuals did not receive any backpay compensation or other relief as a result of the defendant's reclassification of his position from FLSA exempt to FLSA non-exempt.

3. To participate in this action, similarly situated employees must "opt-in" by filing a written consent to participate in this lawsuit. FLSA, 29 U.S.C. § 216(b).

4. The addition of these individuals will not interfere with nor delay with any of the deadlines set by the Court in this case, nor will it delay the parties' settlement efforts. The parties have agreed that similarly situated plaintiffs could join this action until September 15, 2005 which is 61 days before the close of fact discovery.

5. Plaintiffs' counsel has contacted defendant's counsel and defendant's counsel has stated that he does not oppose this motion.

6. Plaintiffs' Third Amended Complaint is attached hereto. The only modification to the complaint is the addition of the above-named individuals who have all given their consent to sue. Their Consent to Sue forms are filed with Plaintiffs' Third Amended Complaint.

Respectfully submitted,

Dated: April 29, 2005

Molly A. Elkin
WOODLEY & McGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855
Attorney of Record