IN THE UNITED STATES COURT OF FEDERAL CLAIMS

GLENN M. COLBY , et al. )
)
Plaintiffs, )
)
v. )
) No. 04-1620C
THE UNITED STATES )
)
Defendant. )
)

**Appendix A to Plaintiffs' Third Amended Complaint**

# RETAINER AGREEMENT

I am (or was) employed by the United States of America (USA), Federal Bureau of Prisons, for some or all of the period since January 5, 2002 to date. I request to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against the USA. My claims concern the failure of the USA to pay me overtime compensation under the Fair Labor Standards Act (FLSA) and applicable regulations. I understand that this case does not involve claims for engineers nor for time that persons worked as supervisors, unless they did so only temporarily.

In accordance with the confidential Retainer Agreement explained on the reverse side of this paper, I am requesting to retain the law firm of Woodley & McGillivary, with offices at 1125 Fifteenth Street, N.W., Suite 400, Washington, D.C. 20005, and if said firm agrees to the retainer, I authorize it to represent me concerning my claims, including back wages, liquidated damages, interest, attorney's fees and costs. Upon agreeing to represent me, Woodley & McGillivary may file this consent in court and take all actions they deem necessary or appropriate, including the settlement and collection of any and all of my claims for FLSA overtime compensation. I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this claim.

Print clearly, or type the following information:

NAME Fenlon, Andrew J. SS# 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
Last Name, First Middle

HOME ADDRESS: 4940 Wilkin Dr.

Colorado Springs, CO 80911
City State Zip Code

PHONE (home) (719) 390-0427 (work) (719) 784-9464

WORK ADDRESS: ADX Florence P.O. Box 8500

Florence CO 81226
City State Zip Code

Indicate agency employer, job title, pay grade, and step for each year:

2001 B.O.P./Case Mgr./GS-11 Step 10 2002 "

2003 " 2004 "

SIGNATURE [signature] DATE 4-18-05

# CONSENT TO BECOME PLAINTIFF
# AND
# RETAINER AGREEMENT

I am (or was) employed by the United States of America (USA), Federal Bureau of Prisons, for some or all of the period since January 5, 2002 to date. I request to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against the USA. My claims concern the failure of the USA to pay me overtime compensation under the Fair Labor Standards Act (FLSA) and applicable regulations. I understand that this case does not involve claims for engineers nor for time that persons worked as supervisors, unless they did so only temporarily.

In accordance with the confidential Retainer Agreement explained on the reverse side of this paper, I am requesting to retain the law firm of Woodley & McGillivary, with offices at 1125 Fifteenth Street, N.W., Suite 400, Washington, D.C. 20005, and if said firm agrees to the retainer, I authorize it to represent me concerning my claims, including back wages, liquidated damages, interest, attorney's fees and costs. Upon agreeing to represent me, Woodley & McGillivary may file this consent in court and take all actions they deem necessary or appropriate, including the settlement and collection of any and all of my claims for FLSA overtime compensation. I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this claim.

Print clearly, or type the following information:

NAME HESS, BRENDAN J. SS# 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
Last Name, First Middle

HOME ADDRESS: 6 PINE ST.

PORT JERVIS, NY 12771
City State Zip Code

PHONE (home) (845) 856-2872 (work) (845 ) 386-5855 EXT. 288

WORK ADDRESS: P.O. BOX 600, TWO MILE DRIVE

OTISVILLE, NY 10963
City State Zip Code

Indicate agency employer, job title, pay grade, and step for each year:

2001 SEE ATTACHMENT 2002 SEE ATTACHMENT

2003 SEE ATTACHMENT 2004 SEE ATTACHMENT

(Use additional sheet(s) of paper if necessary).

SIGNATURE Brendan J Hess DATE 04/22/05

SEE REVERSE SIDE FOR INFORMATION *REQUIRED* TO BE COMPLETED