# CONSENT TO BECOME PLAINTIFF AND RETAINER AGREEMENT

I am (or was) employed by the United States of America (USA), Federal Bureau of Prisons, for some or all of the period since January 5, 2002 to date. I request to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against the USA. My claims concern the failure of the USA to pay me overtime compensation under the Fair Labor Standards Act (FLSA) and applicable regulations. I understand that this case does not involve claims for engineers nor for time that persons worked as supervisors, unless they did so only temporarily.

In accordance with the confidential Retainer Agreement explained on the reverse side of this paper, I am requesting to retain the law firm of Woodley & McGillivary, with offices at 1125 Fifteenth Street, N.W., Suite 400, Washington, D.C. 20005, and if said firm agrees to the retainer, I authorize it to represent me concerning my claims, including back wages, liquidated damages, interest, attorney's fees and costs. Upon agreeing to represent me, Woodley & McGillivary may file this consent in court and take all actions they deem necessary or appropriate, including the settlement and collection of any and all of my claims for FLSA overtime compensation. I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this claim.

Print clearly, or type the following information:

NAME New Cathy SS# 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
Last Name, First Middle

HOME ADDRESS: 609 Colgate
Big Spring Tx 79720
City State Zip Code

PHONE (home) (432) 264-0585 (work) (432) 268-6993

WORK ADDRESS: 1900 Simler
Big Spring Tx 79720
City State Zip Code

Indicate agency employer, job title, pay grade, and step for each year:

2001 11 7 Case Manager 2002 11 8

2003 11 8 2004 11 10

(Use additional sheet(s) of paper if necessary).

SIGNATURE [signature] DATE 04-20-05

# CONSENT TO BECOME PLAINTIFF AND RETAINER AGREEMENT

I am (or was) employed by the United States of America (USA), Federal Bureau of Prisons, for some or all of the period since January 5, 2002 to date. I request to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against the USA. My claims concern the failure of the USA to pay me overtime compensation under the Fair Labor Standards Act (FLSA) and applicable regulations. I understand that this case does not involve claims for engineers nor for time that persons worked as supervisors, unless they did so only temporarily.

In accordance with the confidential Retainer Agreement explained on the reverse side of this paper, I am requesting to retain the law firm of Woodley & McGillivary, with offices at 1125 Fifteenth Street, N.W., Suite 400, Washington, D.C. 20005, and if said firm agrees to the retainer, I authorize it to represent me concerning my claims, including back wages, liquidated damages, interest, attorney's fees and costs. Upon agreeing to represent me, Woodley & McGillivary may file this consent in court and take all actions they deem necessary or appropriate, including the settlement and collection of any and all of my claims for FLSA overtime compensation. I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this claim.

Print clearly, or type the following information:

NAME Anthony D. Vitale SS# 112443706
Last Name, First Middle

HOME ADDRESS: 275 Gillespie St.

Pine Bush New York 12566
City State Zip Code

PHONE (home) (845) 361 2440 (work) (845 ) 386 5855 x 187

WORK ADDRESS: FCI Otisville Box 600 Two Mile Dr.

Otisville New York 10963
City State Zip Code

Indicate agency employer, job title, pay grade, and step for each year:
SEE ATTACHMENT

2001 ______ 2002 ______

2003 ______ 2004 ______

(Use additional sheet(s) of paper if necessary).

SIGNATURE [signature] DATE 04-22-2005

Anthony D. Vitale

SEE REVERSE SIDE FOR INFORMATION *REQUIRED* TO BE COMPLETED