# CONSENT TO BECOME PLAINTIFF AND RETAINER AGREEMENT

I am (or was) employed by the United States of America (USA), Federal Bureau of Prisons, for some or all of the period since January 5, 2002 to date. I request to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against the USA. My claims concern the failure of the USA to pay me overtime compensation under the Fair Labor Standards Act (FLSA) and applicable regulations. I understand that this case does not involve claims for engineers nor for time that persons worked as supervisors, unless they did so only temporarily.

In accordance with the confidential Retainer Agreement explained on the reverse side of this paper, I am requesting to retain the law firm of Woodley & McGillivary, with offices at 1125 Fifteenth Street, N.W., Suite 400, Washington, D.C. 20005, and if said firm agrees to the retainer, I authorize it to represent me concerning my claims, including back wages, liquidated damages, interest, attorney's fees and costs. Upon agreeing to represent me, Woodley & McGillivary may file this consent in court and take all actions they deem necessary or appropriate, including the settlement and collection of any and all of my claims for FLSA overtime compensation. I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this claim.

Print clearly, or type the following information:

NAME Weido, Jacque Renée SS# 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
Last Name, First Middle

HOME ADDRESS: 4255 Carrabba Rd
Bryan TX 77808
City State Zip Code

PHONE (home) (979) 778-6946 (work) (979) 823-1879 (570)

WORK ADDRESS: 1100 Ursuline
Bryan TX 77803
City State Zip Code

Indicate agency employer, job title, pay grade, and step for each year:

2001 Bureau of Prisons Drug Treatment Specialist 11/2

2002 Bureau of Prisons Drug Treatment Specialist 11/3

2003 BOP Drug Treatment Specialist 11/4

2004 BOP Drug Treatment Specialist 11/5

(Use additional sheet(s) of paper if necessary).

SIGNATURE Jacque Weido DATE 4/22/05

CERTIFICATE OF SERVICE

This is to certify that two true and accurate copies of the foregoing Plaintiffs' Unopposed Motion for Leave to Amend Complaint and Plaintiffs' Third Amended Complaint were served by first class U.S. Mail, postage prepaid, on the following counsel of record on this 29th day of April 2005:

Jeffrey S. Pease
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attention: Classification Unit, 8th Floor
1100 L Street, NW
Washington, DC 20530

Molly A. Elkin