# CONSENT TO BECOME PLAINTIFF AND RETAINER AGREEMENT

I am (or was) employed by the United States of America (USA), Federal Bureau of Prisons, for some or all of the period since January 5, 2002 to date. I request to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against the USA. My claims concern the failure of the USA to pay me overtime compensation under the Fair Labor Standards Act (FLSA) and applicable regulations. I understand that this case does not involve claims for engineers nor for time that persons worked as supervisors, unless they did so only temporarily.

In accordance with the confidential Retainer Agreement explained on the reverse side of this paper, I am requesting to retain the law firm of Woodley & McGillivary, with offices at 1125 Fifteenth Street, N.W., Suite 400, Washington, D.C. 20005, and if said firm agrees to the retainer, I authorize it to represent me concerning my claims, including back wages, liquidated damages, interest, attorney's fees and costs. Upon agreeing to represent me, Woodley & McGillivary may file this consent in court and take all actions they deem necessary or appropriate, including the settlement and collection of any and all of my claims for FLSA overtime compensation. I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this claim.

Print clearly, or type the following information:

NAME AUSTIN NATHANIEL L SS# 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
Last Name, First Middle

HOME ADDRESS: P.O. Box 621

BELLFLOWER CA 90707
City State Zip Code

PHONE (home) (562) 804-4008 (work) (310) 732-5477 / 5484

WORK ADDRESS: 1299 SEASIDE AVE

TERMINAL ISLAND CA 90731
City State Zip Code

Indicate agency employer, job title, pay grade, and step for each year:

2001 Department of Justice / BOP GS-9 Step 10, Education Spec.

2002 Department of Justice / BOP GS-9 Step 10 Education Spec.

2003 Department of Justice BOP GS-9 Step 10 Education Spec.

2004 Department of Justice / BOP GS-9 Step 10 Education Spec.

(Use additional sheet(s) of paper if necessary).

SIGNATURE [signature] DATE 5/3/2005

**SEE REVERSE SIDE FOR INFORMATION *REQUIRED* TO BE COMPLETED**

# CONSENT TO BECOME PLAINTIFF
# AND
# RETAINER AGREEMENT

I am (or was) employed by the United States of America (USA), Federal Bureau of Prisons, for some or all of the period since January 5, 2002 to date. I request to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against the USA. My claims concern the failure of the USA to pay me overtime compensation under the Fair Labor Standards Act (FLSA) and applicable regulations. I understand that this case does not involve claims for engineers nor for time that persons worked as supervisors, unless they did so only temporarily.

In accordance with the confidential Retainer Agreement explained on the reverse side of this paper, I am requesting to retain the law firm of Woodley & McGillivary, with offices at 1125 Fifteenth Street, N.W., Suite 400, Washington, D.C. 20005, and if said firm agrees to the retainer, I authorize it to represent me concerning my claims, including back wages, liquidated damages, interest, attorney's fees and costs. Upon agreeing to represent me, Woodley & McGillivary may file this consent in court and take all actions they deem necessary or appropriate, including the settlement and collection of any and all of my claims for FLSA overtime compensation. I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this claim.

Print clearly, or type the following information:

NAME BRODMERKEL, CHRIS JAMESON SS# 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
Last Name, First Middle

HOME ADDRESS: 2130 WARREN RD
INDIANA PA 15701
City State Zip Code

PHONE (home) (724 ) 463-2020 (work) (814 ) 472-41400 EXT. 376

WORK ADDRESS: FCI LORETTO, PA
LORETTO PA 15940
City State Zip Code

Indicate agency employer, job title, pay grade, and step for each year:

2001 BOP, CASE MANAGER, GS-11, STEP 10 2002 BOP, CASE MANAGER, GS-11, STEP 10

2003 BOP, CASE MANAGER, GS-11, STEP 10 2004 BOP, CASE MANAGER, GS-11, STEP 10

(Use additional sheet(s) of paper if necessary).

SIGNATURE [signature] DATE 4/28/05
CHRIS J. BRODMERKEL

SEE REVERSE SIDE FOR INFORMATION *REQUIRED* TO BE COMPLETED

# CONSENT TO BECOME PLAINTIFF AND RETAINER AGREEMENT

I am (or was) employed by the United States of America (USA), Federal Bureau of Prisons, for some or all of the period since January 5, 2002 to date. I request to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against the USA. My claims concern the failure of the USA to pay me overtime compensation under the Fair Labor Standards Act (FLSA) and applicable regulations. I understand that this case does not involve claims for engineers nor for time that persons worked as supervisors, unless they did so only temporarily.

In accordance with the confidential Retainer Agreement explained on the reverse side of this paper, I am requesting to retain the law firm of Woodley & McGillivary, with offices at 1125 Fifteenth Street, N.W., Suite 400, Washington, D.C. 20005, and if said firm agrees to the retainer, I authorize it to represent me concerning my claims, including back wages, liquidated damages, interest, attorney's fees and costs. Upon agreeing to represent me, Woodley & McGillivary may file this consent in court and take all actions they deem necessary or appropriate, including the settlement and collection of any and all of my claims for FLSA overtime compensation. I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this claim.

Print clearly, or type the following information:

NAME Derr Richard E SS# 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
Last Name, First Middle

HOME ADDRESS: 506 Phay Ave

Canon City, CO 81212
City State Zip Code

PHONE (home) (719) 275-8198 (work) (719) 784-9464

WORK ADDRESS: Federal Bureau of Prisons, ADX P.O. Box 8500

Florence, CO 81226
City State Zip Code

Indicate agency employer, job title, pay grade, and step for each year:

2001 GS 11 step 6 / Federal Bureau of Prisons case manager
2002 GS 11 Step 7 / Federal Bureau of Prisons / Case Mgr
2003 GS 11 step 8 Federal Bureau of Prisons / Case Manager
2004 GS 11 Step 9 / Federal Bureau of Prisons / Case Manager

(Use additional sheet(s) of paper if necessary).

SIGNATURE [signature] DATE 5-3-05

SEE REVERSE SIDE FOR INFORMATION *REQUIRED* TO BE COMPLETED