# CONSENT TO BECOME PLAINTIFF AND RETAINER AGREEMENT

I am (or was) employed by the United States of America (USA), Federal Bureau of Prisons, for some or all of the period since January 5, 2002 to date. I request to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against the USA. My claims concern the failure of the USA to pay me overtime compensation under the Fair Labor Standards Act (FLSA) and applicable regulations. I understand that this case does not involve claims for engineers nor for time that persons worked as supervisors, unless they did so only temporarily.

In accordance with the confidential Retainer Agreement explained on the reverse side of this paper, I am requesting to retain the law firm of Woodley & McGillivary, with offices at 1125 Fifteenth Street, N.W., Suite 400, Washington, D.C. 20005, and if said firm agrees to the retainer, I authorize it to represent me concerning my claims, including back wages, liquidated damages, interest, attorney's fees and costs. Upon agreeing to represent me, Woodley & McGillivary may file this consent in court and take all actions they deem necessary or appropriate, including the settlement and collection of any and all of my claims for FLSA overtime compensation. I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this claim.

Print clearly, or type the following information:

NAME Gunn, Walter Lee SS# 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
Last Name, First Middle

HOME ADDRESS: 101 Ransom Drive
Ball LA 71405
City State Zip Code

PHONE (home) (318) 641-1074 (work) (318) 561-5300

WORK ADDRESS: USP Pollock, 1000 Airbase Rd.
Pollock, LA 71467
City State Zip Code

Indicate agency employer, job title, pay grade, and step for each year:

2001 USP Pollock, G11-8 Vocational Instructor
2002 USP Pollock, GS11-8 Vocational Instructor
2003 USP Pollock, GS11-8 Vocational Instructor
2004 USP Pollock, GS11-8 Vocational Instructor

(Use additional sheet(s) of paper if necessary).

SIGNATURE [signature] DATE 5/2/05

# CONSENT TO BECOME PLAINTIFF
# AND
# RETAINER AGREEMENT

I am (or was) employed by the United States of America (USA), Federal Bureau of Prisons, for some or all of the period since January 5, 2002 to date. I request to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against the USA. My claims concern the failure of the USA to pay me overtime compensation under the Fair Labor Standards Act (FLSA) and applicable regulations. I understand that this case does not involve claims for engineers nor for time that persons worked as supervisors, unless they did so only temporarily.

In accordance with the confidential Retainer Agreement explained on the reverse side of this paper, I am requesting to retain the law firm of Woodley & McGillivary, with offices at 1125 Fifteenth Street, N.W., Suite 400, Washington, D.C. 20005, and if said firm agrees to the retainer, I authorize it to represent me concerning my claims, including back wages, liquidated damages, interest, attorney's fees and costs. Upon agreeing to represent me, Woodley & McGillivary may file this consent in court and take all actions they deem necessary or appropriate, including the settlement and collection of any and all of my claims for FLSA overtime compensation. I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this claim.

Print clearly, or type the following information:

NAME Kelly Patrick Michael SS# 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
Last Name, First Middle

HOME ADDRESS: 830 PATRiots Road

Templeton MA 01468
City State Zip Code

PHONE (home) (978) 939-4294 (work) (978) 796-1000

WORK ADDRESS: FMC Devens P.O. Box 880

Ayer MA 01432
City State Zip Code

Indicate agency employer, job title, pay grade, and step for each year:

2001 Employee Development Spec. FMC DEVENS (BOP) GS-9 Step 10 2002 Employee Development Specialist FMC DEVENS (BOP) GS-9 Step 10

2003 Employee Development spec. GS-9 Step 10 FMC DEVENS 2004 EDUCATION Specialist FMC DEVENS (BOP) GS-11 Step 6

(Use additional sheet(s) of paper if necessary).

→ promoted to EDUCATION Spec. NOV. 2004 FMC DEVENS (BOP) GS-11 Step 6

SIGNATURE Patrick M Kelly DATE April 29, 2005

SEE REVERSE SIDE FOR INFORMATION *REQUIRED* TO BE COMPLETED

# CONSENT TO BECOME PLAINTIFF AND RETAINER AGREEMENT

I am (or was) employed by the United States of America (USA), Federal Bureau of Prisons, for some or all of the period since January 5, 2002 to date. I request to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against the USA. My claims concern the failure of the USA to pay me overtime compensation under the Fair Labor Standards Act (FLSA) and applicable regulations. I understand that this case does not involve claims for engineers nor for time that persons worked as supervisors, unless they did so only temporarily.

In accordance with the confidential Retainer Agreement explained on the reverse side of this paper, I am requesting to retain the law firm of Woodley & McGillivary, with offices at 1125 Fifteenth Street, N.W., Suite 400, Washington, D.C. 20005, and if said firm agrees to the retainer, I authorize it to represent me concerning my claims, including back wages, liquidated damages, interest, attorney's fees and costs. Upon agreeing to represent me, Woodley & McGillivary may file this consent in court and take all actions they deem necessary or appropriate, including the settlement and collection of any and all of my claims for FLSA overtime compensation. I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this claim.

Print clearly, or type the following information:

NAME KRUPA Joseph S SS# ____________
Last Name, First Middle

HOME ADDRESS: 26041 Frampton Ave
Harbor City CA 90710
City State Zip Code

PHONE (home) (310) 257-6870 (work) (310) 732-5473

WORK ADDRESS: 1299 Seaside Ave
Harbor City CA 90731
City State Zip Code

Indicate agency employer, job title, pay grade, and step for each year:

2001 BOP, Training Inst, GS11-10 2002 BOP Training Instructor, GS11-10
2003 BOP Training Inst, GS11-10 2004 BOP, Training Instructor, GS11-10
(Use additional sheet(s) of paper if necessary).

SIGNATURE [signature] DATE 4/27/05

SEE REVERSE SIDE FOR INFORMATION *REQUIRED* TO BE COMPLETED