# In The United States Court of Federal Claims

No. 04-1620 C

(Filed: May 17, 2005)

---

GLENN MARY COLBY,
TERRY B. STONE,
ROBERT K. CARR,
ANDREW J. FENLON,
PAUL E. FENTON,
BRENDAN J. HESS,
CATHY NEW,
ANTHONY D. VITALE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

A status conference was held in this case on Monday, May 16, 2005. Participating in the conference were Molly Elkin, on behalf of plaintiff, and Jeffery Pease, on behalf of defendant. As discussed at that conference, and agreed upon by the parties:

1. On or before June 15, 2005, the parties shall exchange initial disclosures;

2. On or before November 15, 2005, the parties shall complete fact discovery; and

3. On or before December 15, 2005, discovery shall be complete.

4. On or before January 3, 2006, the parties shall file a joint status report, indicating how this case should proceed.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge