IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GLENN MARY COLBY, et al., | ) | filed electronically on June 15, 2005 |
| Plaintiffs, | ) | |
| v. | ) | No. 04-1620C (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT MOTION FOR A STAY OF PROCEEDINGS

Defendant and plaintiffs respectfully request that the Court stay further proceedings in this action, including discovery, but permitting the Court's continued consideration of plaintiffs' pending motion to amend the complaint to join additional plaintiffs, in order to allow the parties to complete their ongoing productive settlement discussions.

Defendant and plaintiffs believe that it would be in the interest of the parties and judicial economy to stay this case in order for the parties to complete settlement discussions. Counsel for defendant and counsel for plaintiffs have discussed concrete terms. Although discussions may be completed sooner, in the event that they are not, we propose the parties file a status report with the Court in 40 days, updating the status of our settlement discussions and recommending further action.

For this reason, we respectfully request that this Court grant our joint motion to stay this case until settlement discussions have concluded.

Respectfully submitted,

s/ Molly A. Elkin
MOLLY A. ELKIN
WOODLEY & MCGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
Tel: (202) 833-8855
Fax: (202) 452-1090

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Jeffrey S. Pease
JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-1011
Fax: (202) 514-8624
Email: jeffrey.pease@usdoj.gov

Attorneys for Defendant

June 15, 2005

CERTIFICATE OF FILING

I hereby certify that on this 15th day of June 2005, a copy of the foregoing "JOINT MOTION FOR A STAY OF PROCEEDINGS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Jeffrey S. Pease