# In The United States Court of Federal Claims

No. 04-1620 C

(Filed: June 20, 2005)

GLENN MARY COLBY,
TERRY B. STONE,
ROBERT K. CARR,
ANDREW J. FENLON,
PAUL E. FENTON,
BRENDAN J. HESS,
CATHY NEW,
ANTHONY D. VITALE,
JACQUE R. WEIDO,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

On April 29, 2005 and on May 16, 2005, plaintiffs filed unopposed motions for leave to amend their complaint. The motions are hereby **GRANTED**. Plaintiff is directed to file one amended complaint, reflecting the changes indicated in both motions.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge