# In The United States Court of Federal Claims

No. 04-1620 C

(Filed: June 20, 2005)

GLENN MARY COLBY, et al.

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

On June 15, 2005, the parties filed a joint motion for a stay of proceedings. This motion is **GRANTED.** On or before July 28, 2005, the parties shall file a joint status report indicating the progress of settlement, with additional joint status reports to be filed every 60 days. If the court determines that concrete progress is not being made toward settlement, this case will be immediately restored to the active docket.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge