# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **GLENN MARY COLBY, et al.,** | ) | **filed electronically on July 28, 2005** |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 04-1620C (Judge Allegra)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's order dated June 20, 2005, the parties file this joint status report "indicating the status of settlement." The parties continue to pursue settlement through our ongoing discussions of concrete terms. Defendant and plaintiffs believe that it is in the interest of the parties and judicial economy to maintain the stay of this case in order for the parties to complete settlement discussions. In the event that settlement discussions are not completed within 60 days of this filing, the parties will file a joint status report pursuant to the Court's order dated June 20, 2005, updating the status of our settlement discussions and recommending further action.

Respectfully submitted,

_s/ Molly A. Elkin_
MOLLY A. ELKIN
WOODLEY & MCGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
Tel: (202) 833-8855
Fax: (202) 452-1090

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

_s/ Brian M. Simkin_
BRIAN M. SIMKIN
Assistant Director

_s/ Jeffrey S. Pease_
JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-1011
Fax: (202) 514-8624

Attorneys for Defendant

July 28, 2005

CERTIFICATE OF FILING

I hereby certify that on this 28th day of July 2005, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

___s/ Jeffrey S. Pease___