**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **GLENN MARY COLBY, et al.,** | ) | **filed electronically** |
| | ) | **on September 26, 2005** |
| **Plaintiffs,** | ) | |
| | ) | **No. 04-1620C** |
| **v.** | ) | **(Judge Allegra)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated June 20, 2005, the parties file this joint status report "indicating the status of settlement." The parties last filed a joint status report in this case on July 28, 2005. On August 30, 2005, plaintiffs made an offer of settlement, incorporating a proposed settlement agreement. On September 26, 2005, defendant accepted plaintiffs' offer of settlement. Within 90 days, in accordance with the terms of the settlement agreement, defendant and plaintiffs will file a joint stipulation of dismissal of the case, with prejudice.

Respectfully submitted,

_s/ Molly A. Elkin_
MOLLY A. ELKIN
WOODLEY & MCGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
Tel: (202) 833-8855
Fax: (202) 452-1090

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

_s/ Brian M. Simkin_
BRIAN M. SIMKIN
Assistant Director

_s/ Jeffrey S. Pease_
JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-1011
Fax: (202) 514-8624

Attorneys for Defendant

September 26, 2005