## CERTIFICATE OF SERVICE

This is to certify that two true and accurate copies of the foregoing Joint Status Report were served by first class U.S. Mail, postage prepaid, on the following counsel of record on this 26th day of September 2005:

Jeffrey S. Pease
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attention: Classification Unit, 8th Floor
1100 L Street, NW
Washington, DC 20530

____S/Molly A. Elkin______
Molly A. Elkin