# In The United States Court of Federal Claims

No. 04-1620 C

(Filed: September 27, 2005)

GLENN MARY COLBY, et al.

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

On September 26, 2005, the parties filed a joint status report indicating that defendant had accepted plaintiff's offer of settlement. The parties shall file a joint status report indicating the status of settlement on or before October 31, 2005, with subsequent reports to follow every 30 days thereafter.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge