# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **GLENN MARY COLBY, et al.,** | ) | **filed electronically** |
| | ) | **on October 31, 2005** |
| **Plaintiffs,** | ) | |
| | ) | **No. 04-1620C** |
| **v.** | ) | **(Judge Allegra)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's order dated September 27, 2005, the parties file this joint status report "indicating the status of settlement." The parties last filed a joint status report in this case on September 26, 2005. On August 30, 2005, plaintiffs made an offer of settlement, incorporating a proposed settlement agreement. On September 26, 2005, defendant accepted plaintiffs' offer of settlement. The parties have started to perform their obligations in accordance with the terms of the signed settlement agreement. Within 90 days of September 26, 2005, in accordance with the terms of the settlement agreement, defendant and plaintiffs will file a joint stipulation of dismissal of the case, with prejudice.

Respectfully submitted,

s/ Molly A. Elkin
MOLLY A. ELKIN
WOODLEY & MCGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
Tel: (202) 833-8855
Fax: (202) 452-1090

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Jeffrey S. Pease
JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-1011
Fax: (202) 514-8624

Attorneys for Defendant

October 31, 2005

CERTIFICATE OF FILING

I hereby certify that on this 31st day of October 2005, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Jeffrey S. Pease