**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **GLENN MARY COLBY, et al.,** | ) | **filed electronically** |
| | ) | **on November 30, 2005** |
| **Plaintiffs,** | ) | |
| | ) | **No. 04-1620C** |
| **v.** | ) | **(Judge Allegra)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated September 27, 2005, the parties file this joint status report "indicating the status of settlement." The parties last filed a joint status report in this case on October 31, 2005. On August 30, 2005, plaintiffs made an offer of settlement, incorporating a proposed settlement agreement. On September 26, 2005, defendant accepted plaintiffs' offer of settlement. Despite some delay associated with reduced staffing at the National Finance Center due to Hurricane Katrina, defendant expects to timely comply with the overall 90-day payment timetable set forth in the settlement agreement. Assuming defendant meets this overall 90-day deadline, defendant and plaintiffs will file a joint stipulation of dismissal of the case, with prejudice, within 90 days of September 26, 2005, in accordance with the terms of the settlement agreement.

Respectfully submitted,

s/ Molly A. Elkin
MOLLY A. ELKIN
WOODLEY & MCGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
Tel: (202) 833-8855
Fax: (202) 452-1090

Attorney for Plaintiffs

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Jeffrey S. Pease
JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-1011
Fax: (202) 514-8624

Attorneys for Defendant

November 30, 2005