**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **GLENN MARY COLBY, et al.,** | ) | **filed electronically on December 30, 2005** |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 04-1620C (Judge Allegra)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated September 27, 2005, the parties file this joint status report "indicating the status of settlement." The parties last filed a joint status report in this case on November 30, 2005. On August 30, 2005, plaintiffs made an offer of settlement, incorporating a proposed settlement agreement. On September 26, 2005, defendant accepted plaintiffs' offer of settlement.

On December 8, 2005, after the payment calculations were completed by the National Finance Center on behalf of the agency, defendant's counsel submitted the necessary documentation to the Department of the Treasury. On December 12, 2005, plaintiffs' counsel confirmed, by electronic mail to the Department of the Treasury, that the amount payable had been correctly stated upon the submitted judgment fund forms.

As of December 30, 2005, the Department of the Treasury has not yet processed the settlement payment. According to the settlement agreement, interest began to accrue upon the "Back Pay Amount" due to plaintiffs on December 26, 2005, "in accordance with the formula prescribed under the Back Pay Act, 5 U.S.C. § 5596," and will continue to accrue until payment

is made to plaintiffs' counsel on behalf of plaintiffs. However, "such interest may not exceed 25 percent of the Basic Payments due to be transmitted."

Defendant and plaintiffs will file a joint stipulation of dismissal of the case, with prejudice, promptly upon plaintiffs' counsel's receipt of the settlement payment.

Respectfully submitted,

s/ Molly A. Elkin
MOLLY A. ELKIN
WOODLEY & MCGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
Tel: (202) 833-8855
Fax: (202) 452-1090

Attorney for Plaintiffs

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Jeffrey S. Pease
JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-1011
Fax: (202) 514-8624

Attorneys for Defendant

December 30, 2005

CERTIFICATE OF FILING

I hereby certify that on this 30th day of December 2005, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Jeffrey S. Pease